**JASON G. REVZIN**
Jason.Revzin@lewisbrisbois.com
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN WEBBER,<br><br>              Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC,<br><br>              Defendant. | Case No. 2:18-cv-00951-APG-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Brian Webber ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On May 24, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is June 25, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including July 25, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

1    WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order

2  granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or

3  Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its

4  responsive pleading to Plaintiff's Complaint, up to and including July 25, 2018.

5    Dated this 22nd of June, 2018

6
7                                          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

8                                          /s/ *Jason G. Revzin*

9                                          Jason G. Revzin
                                           Jason.revzin@lewisbrisbois.com
10                                         Nevada Bar No. 008629
                                           LEWIS BRISBOIS BISGAARD & SMITH LLP
11                                         6385 South Rainbow Blvd., Suite 600
                                           Las Vegas, NV 89118
12                                         (702) 893-3383
                                           (702) 893-3789 Fax
13                                         *Counsel for Trans Union LLC*

14

15                                          /s/ *Miles N. Clark*

16                                         Miles N. Clark
                                           miles.clark@knepperclark.com
17                                         Matthew I Knepper
                                           Matthew.knepper@knepperclark.com
18                                         Knepper & Clark, LLC
                                           10040 W. Cheyenne Ave., Suite 170-109
19                                         Las Vegas, NV 89129
                                           (702) 825-6060
20                                         (702) 447-8048 Fax
                                           and
21                                         David H. Krieger
                                           dkrieger@hainesandkrieger.com
22                                         Haines & Krieger, LLC
                                           8985 S. Eastern Ave, Suite 350
23                                         Henderson, NV 89123
                                           (702) 880-5554
24                                         (702) 383-5518 Fax
                                           *Counsel for Plaintiff*
25

26

27

28

4840-2036-8491.1                                                               1
[2589079v1]

## ORDER

IT IS SO ORDERED that Defendant Trans Union's Time to File an Answer or Otherwise

Respond to Plaintiff's Complaint is extended up to and including July 25, 2018.

DATED this __25th__ day of June, 2018

_George Foley Jr._

_____

**UNITED STATES MAGISTRATE JUDGE**