Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN WEBBER,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:18-cv-00951-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST]** |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 1

Plaintiff Brian Webber ("Plaintiff"), by and through his counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On May 24, 2018, Plaintiffs filed a Complaint [ECF Dkt. 1].

2. On July 25, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.8].

3. Per prior stipulation, Plaintiff's Response is due August 29, 2018.

4. Plaintiff and Trans Union have agreed to extend Plaintiff's response twenty-one days in order to allow the Parties to continue settlement negotiations. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **September 19, 2018**. While this is the

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 2

parties' second request to stipulate, it is not being made for the purposes of delay.

IT IS SO STIPULATED.

Dated August 23, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> *Attorneys for Plaintiff* | /s/ *Jason G. Revzin* <br> Jason G. Revzin, Esq. <br> Nevada Bar No. 8629 <br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Email: Jason.revzin@lewisbrisbois.com <br><br> *Attorneys for Defendant* <br> *Trans Union LLC* |

## **ORDER GRANTING** <br> **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO** <br> **MOTION TO DISMISS**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 27, 2018.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS
[SECOND REQUEST] - 3