Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN WEBBER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00951-APG-GWF<br><br>**STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE** |

　　　PLEASE TAKE NOTICE that Plaintiff Brian Webber ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii).

STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE - 1

There are no longer any issues in this matter between Plaintiff and Trans Union to be determined by the Court. Plaintiff hereby stipulates that all of his claims and causes of action against Trans Union, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated January 14, 2019.

| /s/ *Miles N. Clark* | /s/ *Jason G. Revzin* |
|---|---|
| Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> Shaina R. Plaksin, Esq. <br> Nevada Bar No. 13935 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br> Email: shaina.plaksin@knepperclark.com <br>  <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Ave., Suite 350 <br> Henderson, NV 89123 <br> Email: dkrieger@hainesandkrieger.com <br> *Counsel for Plaintiff* | Jason G. Revzin, Esq. <br> Nevada Bar No. 8629 <br> LEWIS, BRISBOIS, BISGAARD & SMITH <br> 6385 S. Rainbow Blvd., Suite 600, <br> Las Vegas, NV 89118 <br> Email: Jason.revzin@lewisbrisbois.com <br>  <br> *Counsel for Defendant* <br> *Trans Union LLC* |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: January 14, 2019.